

# U.S. District Court

## Tennessee Eastern - Chattanooga

Receipt Date: Feb 16, 2024 9:34AM

Tristan Tondrae Tischer
108 Sunset Dr
Decherd, TN 37324

| Rcpt. No: 100000947 | | Trans. Date: Feb 16, 2024 9:34AM | | | Cashier ID: #CC |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | | **Amt** |
|---|---|---|---|---|
| CH | Check | #5302777300 | 02/15/2024 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.