IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

TRISTAN TISCHER,  )
  )
   *Plaintiff*,  ) Case No.: 4:24-cv-00016-DCLD-CHS
  ) JURY DEMANDED
vs.  )

CITY OF DECHERD, *et al.*,  )
  )
   *Defendants*.  )
  )

**FILED**

MAY 06 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**MOTION FOR DISCOVERY**

Plaintiff, Tristan Tischer, requests that the defendants produce the following documents for evidence in this.

1. 4 videos from Officer Patrick Chamber's body worn camera, dated before 21 Dec. 2023.
   a) 2 videos showing Officer Chambers giving a driver a ticket.
   b) 2 videos showing Officer Chambers giving a driver a warning.
2. 2 videos from Officer Michael Sparr's body worn camera, dated before 21 Dec. 2023.
   a) 2 videos showing an arrest officer Sparr has made for disorderly conduct
   b) If no such videos exist, then 2 videos of Officer Sparr making any arrest
3. Any and all emails, text messages, and internal messages to and from Mary Nell Hess, Kenneth Griffin, Paul Bennett, and Staci Moore that contain any of the following words or phrases:
   a) Tristan Tischer

1 of 2

      b) Patrick Chambers

      c) Michael Sparr

      d) Supermantris@yahoo.com

4. A copy of the employee schedule for Decherd City Police Officers for the week of 2/20/23-2/25/23

Respectfully Submitted By,

*/s/ Tristan Tischer*

Tristan Tischer
Plaintiff
310 E. State Ave.
Terra Alta, WV 26764
Supermantris@yahoo.com
904-863-4778

## CERTIFICATE OF SERVICE

The Plaintiff certifies that on May 1, 2025, a true and exact copy of this Motion for Discovery has been sent via USPS and email to:

THE ORTALE KELLEY FIRM

Michael T. Schmitt, BPR #026573
Attorney for Defendants
330 Commerce Street, Suite 110
Nashville, TN 37201
mschmitt@ortalekelley.com
615-256-9999
615-726-1494 (facsimile)